**Order entered September 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00405-CV

**CRC INSURANCE SERVICES, INC. D/B/A SOUTHERN CROSS UNDERWRITERS, Appellant**

**V.**

**LAKE TEXOMA HIGHPORT, LLC, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-0604-397A**

## ORDER

Before the Court is appellant's September 26, 2014 unopposed motion to extend deadline to file brief. Appellant seeks additional time, in part, because the clerk's record "does not contain copies of all requested documents" and appellant "intends to seek correction" of the record or "move for the Court to take judicial notice of the omitted documents." In a September 3, 2014 extension motion, which we granted by order entered September 8, 2014, appellant sought additional time, in part, for the same reason.

We **GRANT** appellant's September 26th motion and **ORDER** the brief be filed no later than October 10, 2014. Because appellant first stated it intended to seek correction of the record at the beginning of September and it does not appear appellant has done so, we caution appellant

that no further extension requests based upon the lack of a complete record will be considered without verification that a supplemental record has been requested as outlined in rule of appellate procedure 34.5(c).  *See* TEX. R. APP. P. 34.5(c).


           /s/      CRAIG STODDART
                    JUSTICE